Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 14-01240-TLM |
| | Chapter 7 |
| Morgan, Gary R. & Yelyzaveta, | |
|          Debtors. | **MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(f)** |

Pursuant to 11 U.S.C. § 363(b) and (f), Bankruptcy Rules 6004 and 9014, and LBR 2002.1, Noah G. Hillen (the "Trustee"), the Chapter 7 Trustee in the above case, moves this Court for approval to sell the real property (the "Real Property") more fully described below. The information required by LBR 2002.1 is set forth in this motion as follows:

1.    **Description of Real Property.** The Real Property consists of a .26 acre lot with an approximately 3,200 square foot vacant building, previously used as office space, located at 6604 W. Overland Road, Boise, Idaho 83709, and more particularly described as:

Lot 1 and the East 20 feet of Lot 2 in Block 8 of Randolph Robertson Subdivision No. 5, according to the plat thereof, filed in Book 14 of Plats at Page 932, records of Ada County, Idaho.

2.    **Date, Time, and Place of Sale.** The sale shall be a public auction on February 23, 2015, commencing at 9:00 a.m. MST, at Trustee's office located at 3131 W. State Street, Suite 200, Boise, Idaho 83703.

**MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(f) - 1**

3.      **Material Terms of Sale.**  The Real Property shall be sold to the highest bidder for not less than a gross purchase price of $154,900.  The Trustee has received from Stephen Baxter (the "Buyer"), subject to higher bids and Court approval, an offer of $154,900.00 for the purchase of the Real Property.  Trustee is not aware of any connection between the Buyer and the Debtors.  Closing will be held at the convenience of the parties or as soon after Court approval as possible.

4.      **Bidding Procedures.**   The opening bid price shall be the Buyer's bid of $154,900.  Any competing overbids shall start at $156,000.  Minimum bid increments shall be $1,000.  Bidders may bid in increments of more than $1,000 if desired.  In order to participate in the auction, an overbidder must submit to the Trustee, at least prior to the start of the auction, certified funds in the amount of $3,000, payable to "Noah Hillen, Trustee."   Should the overbidder be the winning bidder, these funds will be retained by the Trustee as a nonrefundable deposit for application against the purchase price at the closing, or returned to the overbidder in the event that the Bankruptcy Court does not approve the sale.   The certified funds of unsuccessful bidders will be refunded to those parties after the auction.

5.      **Sale Free and Clear.**  The Real Property will be sold free and clear of all liens, claims, and encumbrances, as authorized by 11 U.S.C. § 363(f)(3).   This sale complies with Section 363(f)(3) because the Real Property is being sold for more than the only lien encumbering the Real Property, which totals approximately $119,000.   All valid liens shall attach to the sale proceeds.

6.      **Fair Market Value.**  Trustee believes the purchase price is approximate to the fair market value of the property, based upon his discussion with his realtor and current market

**MOTION FOR APPROVAL OF SALE OF REAL
PROPERTY PURSUANT TO SECTION 363(f) - 2**

conditions in the Treasure Valley.  Further, Trustee has had the Real Property listed for sale since August 11, 2014 and only received the Buyer's offer during that time.

7.    **Known Liens or Encumbrances.**  Bank of the West ("Bank") holds a deed of trust encumbering the Real Property in the amount of approximately $120,000.

8.    **No Homestead Exemption.** The Real Property is not subject to a homestead exemption.

9.    **Estimated Distribution of Sale Proceeds.** Subject to Court approval, the Trustee proposes that the sale proceeds be distributed in the following approximate amounts at the time of closing:

| | |
|---|---|
| **Sale Price** | **$154,900** |
| Less <u>Estimated</u> Deductions: | |
| Bank Lien | $119,000 |
| 6% Realtor Commission | $9,294 |
| Estimated Closing Costs (3%) | $4,647 |
| | |
| Total Estimated Deductions | $132,941 |
| | |
| Estimated Net to Estate | $21,959 |

10.    **Objections.**  Pursuant to Bankruptcy Rule 6004(b), if you object to the sale, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) no later than February 16, 2015.  You must also serve a copy upon the Trustee (Noah G. Hillen, P.O. Box 6538, Boise, ID 83707).  You may also attend the scheduled hearing and present your views or support your filed response.

11.    **No Tax Consequences to Bankruptcy Estate.**  Based upon the Depreciation and Amortization Report provided by the Debtor's pre-petition accountant, the Trustee does not estimate any tax consequences to the bankruptcy estate from the Sale of the Real Property.

**MOTION FOR APPROVAL OF SALE OF REAL
PROPERTY PURSUANT TO SECTION 363(f) - 3**

12.    The Trustee believes and certifies that all interested parties have been properly notified pursuant to Bankruptcy Rules 2002 and 6004, and LBR 2002.1.  The Trustee believes the proposed sale is in the best interest of the estate and creditors.

13.    THE SUBJECT PROPERTY SHALL BE SOLD AS IS, WHERE IS, AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESSED OR IMPLIED.  The Trustee requests that approval of this sale be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P 6004(h) and other rules be waived.

DATED this 27th day of January, 2015.

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee

**MOTION FOR APPROVAL OF SALE OF REAL**
**PROPERTY PURSUANT TO SECTION 363(f) - 4**